

U.S. Department of Justice

Executive Office for Immigration Review

*Office of the Chief Immigration Judge*

Chicago Immigration Court
55 East Monroe, Suite 1500
Chicago, IL 60603

November 12, 2024

**VIA HAND DELIVERY**

Lori Yokoyama
Immigration Judge
55 East Monroe, Suite 1500
Chicago, IL 60603

Re:   Notice of Non-Conversion

Judge Yokoyama:

      This is notice that the U.S. Department of Justice (DOJ), Executive Office for Immigration Review (EOIR) will not be converting your appointment as an immigration judge beyond the expiration date of your current time-limited appointment, which is not to exceed November 20, 2024. Accordingly, you will no longer be employed by DOJ/EOIR at the expiration of your current appointment. This decision is based upon a review of your performance and conduct during your current appointment. You will be on administrative leave for the remainder of your current appointment. All DOJ/EOIR equipment, property (including your PIV card, parking access card and building access card), records, or documents that remain in your possession, control, or custody must be returned immediately to me or another official designated by DOJ/EOIR.

Respectfully,

**JENNIFER PEYTON**
Digitally signed by JENNIFER PEYTON
Date: 2024.11.12 08:02:04 -06'00'

Jennifer I. Peyton
Assistant Chief Immigration Judge
Chicago Immigration Court

Cc:   Khalilah Taylor (via e-mail)
        Regional Deputy Chief Immigration Judge