# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Lori Yokoyama,<br><br>      Plaintiff,<br><br>v.<br><br>Jennifer Peyton and the Executive Office of Immigration Review,<br><br>      Defendants. | Case No. 24-cv12276 |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I electronically served the Emergency Motion for a Temporary Restraining Order and Preliminary Injunction and Request for Waiver of Service upon each of the Defendants, pursuant to Fed. R. Civ.P 5(b)(3) and the Northern District of Illinois LR 5.9.

Date: November 27, 2024

                                                      /s/ Lori S. Yokoyama_____
                                                      Attorney for Plaintiff

Lori S. C. Yokoyama & Associates, P. C.
4800 S. Greenwood
Chicago, Illinois 60615
312/380-6580